Allison M. Wuertz
Scott A. Resnik
Floyd A. Mandell (*pro hac vice* application forthcoming)
Julia L. Mazur (*pro hac vice* application forthcoming)
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T: (212) 940-8800
F: (212) 940-8776

*Attorneys for Defendants CBOCS Properties, Inc., et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WELLSHIRE FARMS WEST, INC., WELLSHIRE FARMS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> CBOCS PROPERTIES, INC., CBOCS PROPERTIES, LLC and CRACKER BARREL OLD COUNTRY STORE, INC., <br><br> Defendants. | Civil Action No.: 16-04444 (JBS) (JS) <br><br> Motion Date: November 7, 2016 |

## NOTICE OF MOTION TO ADMIT FLOYD A. MANDELL *PRO HAC VICE*

PLEASE TAKE NOTICE that, at a date and time to be determined by the Court, the undersigned attorney for defendants CBOCS Properties, Inc., CBOCS Properties, LLC and Cracker Barrel Old Country Store, Inc. ("Defendants"), will move the Court before the Honorable Jerome Simandle, United States District Judge, District of New Jersey, at the Mitchell H. Cohen Building and U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey 08101 for an Order pursuant to L. Civ. R. 101.1(c) granting the admission *pro hac vice* of Floyd A. Mandell for all purposes in these matters.

PLEASE TAKE FURTHER NOTICE that in support of the within motion, counsel for Defendants shall rely upon the annexed certifications of Allison M. Wuertz and Floyd A. Mandell.

PLEASE TAKE FURTHER NOTICE that because this application does not involve any questions of law or disputed facts, no brief is submitted herewith.

Dated: New York, New York
October 4, 2016

                               **KATTEN MUCHIN ROSENMAN LLP**

By:   /s/ Allison M. Wuertz

Allison M. Wuertz

575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800 (phone)
(212) 940-8776 (fax)

*Attorneys for Defendants CBOCS Properties, Inc., et al.*

TO: All counsel of record (via ECF)