Allison M. Wuertz
Scott A. Resnik
Floyd A. Mandell (*pro hac vice* application forthcoming)
Julia L. Mazur (*pro hac vice* application forthcoming)
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T: (212) 940-8800
F: (212) 940-8776

*Attorneys for Defendants CBOCS Properties, Inc., et al.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLSHIRE FARMS WEST, INC., WELLSHIRE FARMS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CBOCS PROPERTIES, INC., CBOCS PROPERTIES, LLC and CRACKER BARREL OLD COUNTRY STORE, INC.,<br><br>Defendants. | Civil Action No.: 16-04444 (JBS) (JS) |

**CERTIFICATION OF ALLISON M. WUERTZ**

I, ALLISON M. WUERTZ, do hereby certify that:

    1.    I am associated with the law firm of Katten Muchin Rosenman LLP, attorneys for defendants CBOCS Properties, Inc., CBOCS Properties, LLC and Cracker Barrel Old Country Store, Inc. ("Defendants"), and I am familiar with the facts certified herein.

    2.    I make this certification in support of Defendants' motion to admit Floyd A. Mandell *pro hac vice* to appear and participate in the above-captioned matter pursuant to L. Civ. R. 101(c) of the United States District Court for the District of New Jersey.

3. Beth Anne Powers, Esq. of Ryder, Lu, Mazzeo & Konieczny LLC, attorneys for plaintiffs Wellshire Farms West, Inc. and Wellshire Farms, Inc., has consented to this motion.

4. Floyd A. Mandell is a member of the law firm Katten Muchin Rosenman LLP.

5. Mr. Mandell has advised me that he is a member in good standing of the Bar of the State of Illinois. Mr. Mandell has further advised me that he has never been disbarred or suspended.

6. I was admitted to the Bar of the State of New Jersey in 2011, and to the Bar of the State of New York in 2012. I am a member in good standing of both Bars. I am also a member in good standing of the Bars of the United States District Court for the Eastern and Southern Districts of New York, and the United States District Court for the District of New Jersey.

7. I am not under suspension or disbarment of any court.

8. I understand and have informed Mr. Mandell that pursuant to L. Civ. R. 101.1(c), I shall be appearing as counsel of record in the above-captioned matter and agree to accept service of all notices, orders, and pleadings in these actions, and that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders. I agree to comply with L. Civ. R. 101.1(c) in all respects.

9. I further understand that I shall be responsible for the conduct of Mr. Mandell and will be responsible for his conduct and compliance with L. Civ. R. 101.1(c).

10. Accordingly, I respectfully request that this Court enter the proposed Order admitting Floyd A. Mandell to appear *pro hac vice* in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:          October 4, 2016
                New York, New York

                                                    _____
                                                            Allison M. Wuertz