UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLSHIRE FARMS WEST, INC., WELLSHIRE FARMS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CBOCS PROPERTIES, INC., CBOCS PROPERTIES, LLC and CRACKER BARREL OLD COUNTRY STORE, INC.,<br><br>Defendants. | Civil Action No.: 16-04444 (JBS) (JS) |

**[PROPOSED] ORDER ADMITTING FLOYD A. MANDELL *PRO HAC VICE***

**THIS MATTER** having been brought before the Court by the motion of Katten Muchin Rosenman LLP, attorneys for defendants CBOCS Properties, Inc., CBOCS Properties, LLC and Cracker Barrel Old Country Store, Inc. ("Defendants"), to admit Floyd A. Mandell *pro hac vice* to appear and participate in this Court for all purposes in the above-captioned cases as counsel for Defendants, which is consented to by Beth Anne Powers, Esq. of Ryder, Lu, Mazzeo & Konieczny LLC, attorneys for plaintiffs Wellshire Farms West, Inc. and Wellshire Farms, Inc.; and the Court having considered the matter, and for good cause shown;

**IT IS** on this _____ day of _____, 2016

**ORDERED** that Floyd A. Mandell, a member in good standing of the Bar of the State of Illinois, is hereby permitted to appear and participate *pro hac vice* for all purposes of representing Defendants in the above-entitled actions, and it is

**FURTHER ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Floyd A. Mandell shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a); and it is

**FURTHER ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), Floyd A. Mandell shall make a payment of $150.00 payable to the Clerk of the United States District Court; and it is

**FURTHER ORDERED** that Floyd A. Mandell shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rules 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is

**FURTHER ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), Floyd A. Mandell shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended; and it is

**FURTHER ORDERED** that a copy of this Order shall be served within __ days of the date hereof.

                                                                                    _____
                                                                                              U.S.D.J.