```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| WELLSHIRE FARMS WEST, INC., et al., | |
| Plaintiffs, | Civil No. 16-4444 (JBS/JS) |
| v. | |
| CBOCS PROPERTIES, INC., et al., | |
| Defendants. | |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on July 13, 2017; and the Court noting the following appearances: Beth Anne F. Powers, Esquire, and Frank A. Mazzeo, Esquire, appearing on behalf of the plaintiffs; and Floyd A. Mandell, Esquire, and Julia L. Mazer, Esquire, appearing on behalf of the defendants.

IT IS this **13th** day of **July, 2017**, hereby **ORDERED**:

1.  With the consent of the parties, all proceedings are STAYED pending further Order of the Court.

2.  The Court will conduct a telephone status conference on **August 15, 2017 at 9:30 a.m.** **Plaintiffs' counsel shall initiate the telephone call**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                    s/ Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge